UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO.: 7: 14-CR-111-1F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | ORDER TO SEAL |
| TERRELL DEBOSE, ) | |
| ) | |
| Defendant. ) | |

Upon Motion of the Defendant and for good cause shown, the document docketed at number 34 on CM/ECF is hereby SEALED.

This 17th day of April, 2015.

_____
THE HONORABLE JAMES C. FOX